# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Joseph Clayton Jones, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:23-cv-00215-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Rutherford County Sheriffs Office | ) | |
| Joseph McComas, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2023 Order.

December 12, 2023

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court